No. 77–6632.  HENDRICKS v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 77–6637.  SMITH v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 77–6638.  MOORE v. MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 77–6639.  CHAPMAN v. FEDERAL NATIONAL MORTGAGE ASSN.  Ct. App. Mich.  Certiorari denied.

No. 77–6649.  HARRIS v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 77–6650.  STANLEY v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 77–6686.  WILLIS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–6705.  ZUNIGA-LARA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–6722.  KENNEDY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–6737.  BURNETTE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 77–6741.  TANDA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 77–6752.  ALLSUP v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.